# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 25, 2025

## NO. 03-23-00299-CV

**Matthew David Isam, Appellant**

**v.**

**Alyssa Nicole Isam, Appellee**

**APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE KELLY**

This is an appeal from the Final Decree of Divorce and Order of Termination signed by the trial court on April 19, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the decree dissolving the marriage between appellant and appellee, nor in the order terminating appellant's parental rights to his children. Therefore, the Court affirms those portions of the decree and order. The Court further holds that there was reversible error in the portion of the divorce decree pertaining to the division of the community estate. Therefore, the Court reverses that portion of the divorce decree and remands the case to the trial court for further proceedings addressing the just and right division of the community estate. Appellant shall pay all costs related to this appeal, both in this Court and in the court below.